DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| | | | |
|---|---|---|---|
| 042P16 | Richard B. Spoor, Individually and Derivatively v. John M. Barth, Jr., John M. Barth, John Does 1-5, and J.R. International Holdings, LLC | 1. Def's (John M. Barth) PDR Under N.C.G.S. § 7A-31 (COA15-172) | 1. Denied |
| | | 2. Def's (John M. Barth, Jr.) PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's (John M. Barth) Motion to Admit Michael J. Small and David B. Goroff *Pro Hac Vice* | 3. Dismissed as moot |
| | | 4. Def's (John M. Barth) Petition for *Writ of Certiorari* to Review Order of COA | 4. Denied |
| | | 5. Def's (John M. Barth, Jr.) Petition for *Writ of Certiorari* to Review Order of COA | 5. Denied |
| | | 6. Plt's Motion to Strike Reply in Support of PDR | 6. Allowed |
| 043P16 | State v. Peter Michael Vallejo | Def's PDR Under N.C.G.S. § 7A-31 (COA15-388) | Denied |
| 055P16 | State v. Evans Aine, II | Def's PDR Under N.C.G.S. § 7A-31 (COA15-490) | Denied |
| 058P16 | In the Matter of Q.C.R. and L.Q.W. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA15-504) | Denied |
| 063P16 | State v. Michael Anthony York | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-419) | 1. Denied |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 064A16 | In the Matter of the Foreclosure of a Deed of Trust Executed by William Gerald Price in the Original Amount of $190,000.00 Dated December 12, 2002, Recorded in Book 286, Page 113, Ashe County Registry Substitute Trustee Services, Inc., Substitute Trustee | 1. Respondent's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-639) | 1. — |
| | | 2. Petitioner's Motion to Dismiss Appeal | 2. Allowed |
| 069A16 | State v. Wendy M. Dale | Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-105) | Dismissed *ex mero motu* |